In the Matter of the Accounting of THOMAS C. REID et al., as Trustees under the Will of WILLIAM H. LENT, Deceased, Respondents.

F. CORDELIA FARLEY, Appellant.

*Matter of Reid,* 170 App. Div. 631, affirmed.
(Argued April 13, 1916; decided May 2, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1916, which reversed a decree of the New York County Surrogate's Court judicially settling the accounts of the trustees under the will of William H. Lent, deceased. The petition of the trustees on this accounting was accompanied by an account to which objections were duly filed by F. Cordelia Farley, a sister of the deceased and one of the remaindermen under the will, alleging that funds of the trust estate had been unlawfully invested in promissory notes of the firm of William H. Lent & Co., of which the trustee Reid was a member, and that by reason thereof the trust estate was jeopardized.

*Henry D. Patton* and *Leslie J. Tompkins* for appellant.

*George W. Wickersham* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.